AO 121 (Rev. 06/16)  (CAND version 8/18)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION ON APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION          ☐ APPEAL

COURT NAME AND LOCATION
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**DOCKET NO:** 19-cv-00231-JSC

**DATE FILED:** 1/11/2019

**PLAINTIFF:**
Strike 3 Holdings, LLC

**DEFENDANT:**
John Doe subscriber assigned IP address 73.231.131

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. see Complaint | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

**DATE INCLUDED**

**INCLUDED BY:**
☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

**COPY ATTACHED:**
☐ Order     ☐ Judgment

**WRITTEN OPINION ATTACHED:**
☐ Yes     ☐ No

**DATE RENDERED:**

Notice of Voluntary Dismissal filed 4/17/2019

Susan Y. Soong, Clerk          (by) Deputy Clerk, Sheila Rash          4/24/2019
                                                                         Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy